UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN MALBERG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHARON NAGLE and others,<br><br>　　　　　　Defendants. | Case No. 5:22-cv-05027 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Edward J. Davila for consideration of whether the case is related to 5:22-cv-01713 EJD, *Malberg v. McCracken, et al.*

**IT IS SO ORDERED.**

Dated: September 6, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-05027 NC
SUA SPONTE JUDICIAL REFERRAL