**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARTIN MALBERG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHARON NAGLE, et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-05027-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above-captioned case is referred to the Honorable Edward J. Davila for consideration of whether the case is related to 5:22-cv-01713 EJD, *Malberg v. McCracken, et al.*

**IT IS SO ORDERED.**

Dated:  October 7, 2022

_____
BETH LABSON FREEMAN
United States District Judge