1

2

3

4                   UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6

7    MARTIN MALBERG,                    Case No.  23-cv-01005-SVK

        Plaintiff,
8
                                        **REFERRAL FOR PURPOSE OF**
9          v.                           **DETERMINING RELATIONSHIP**

10   ALLISON DUNDAS, et al.,            Re: Dkt. No. 1

        Defendants.
11

12          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

13   Honorable Edward Davila for consideration of whether the case is related to 22-cv-1713, 22-cv-

14   3613, 22-cv-3928, and/or 22-cv-5027.

15          **IT IS SO ORDERED.**

16   Dated: March 15, 2023

17                                      _____

18                                      SUSAN VAN KEULEN
                                        United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28